# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Downs Racing, LP, | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| Commonwealth of Pennsylvania, | : | No. 201 F.R. 2013 |
| Respondent | : | |
| | | |
| Downs Racing, LP, | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| Commonwealth of Pennsylvania, | : | No. 202 F.R. 2013 |
| Respondent | : | |

PER CURIAM

## O R D E R

AND NOW, this 4th day of January, 2018, it is ORDERED that the above-captioned opinion filed October 12, 2017, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.